# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

CHERON HAYES,

        Plaintiff,

                                CASE NO.: 6:23-cv-252-ACC-EJK

vs.

THE WALT DISNEY COMPANY,
DISNEY PARKS, EXPERIENCES AND
PRODUCTS, INC., ET AL.,

        Defendants.

_____/

## DEFENDANTS, DISNEY GIFT CARD SERVICES, INC. AND DISNEY PARKS, EXPERIENCES AND PRODUCTS, INC.'S MOTION FOR LEAVE TO REPLY TO PLAINTIFF'S OPPOSITION TO THEIR MOTION TO DISMISS

Pursuant to Local Rule 3.01, Defendants, Disney Gift Card Services, Inc. ("DGCS") and Disney Parks, Experiences and Products, Inc. ("DPEP"), respectfully request leave to file a reply to Plaintiff's Opposition to DGCS and DPEP's Motion to Dismiss.  In support of its Motion, DGCS and DPEP state as follows:

## MEMORANDUM OF LAW

Local Rule 3.01(c) permits a party to file a reply to an opposition with the court's approval.  DGCS and DPEP request leave of the Court to file a short reply memorandum of no more than 9 pages within 21 days[1] of the date of an order on this

---

[1] DGCS and DPEP request 21 days in light of the fact that defendants are also requesting leave to file replies in the four other parallel cases, each of which has its own individual nuances.  *See Schmidt*, Case No. 6:23-cv-257-ACC-EJK; *Pajer*, Case No. 6:23-cv-254-ACC-EJK; *Cribb*, Case No. 6:23-cv-250-ACC-EKJ; and *Gibbons*, Case No. 6:23-cv-255-ACC-EJK.  Defendants also request 9 instead of 7 pages because the reply is on behalf of two entities and thereby, addresses additional issues.

motion to respond to Plaintiff's arguments concerning (1) the use and content of extrinsic documents referenced in and linked to the Opposition (particularly Exhibit A to the Opposition to The Walt Disney Company's Motion to Dismiss, and references to a 2022 "Corporate Social Responsibility Report," and an unrelated lawsuit); (2) Plaintiff's position as to subject matter jurisdiction, especially in connection with the amendments to Fla. Stat. § 381.00316 effective June 1, 2023 (see Notice of Supplemental Authority, Doc. 41); (3) Plaintiff's position concerning the standard of review she incorrectly claims was relied upon in the motion to dismiss; and (4) case law cited by Plaintiff in an attempt to support her position that she has stated claims upon which relief can be granted.

DGCS and DPEP believe that permitting a reply will not unduly delay the Court's consideration of the pending motion and will further the ends of justice as it will allow argument as to new issues raised by the Opposition.

WHEREFORE, DGCS and DPEP respectfully request that the Court enter an order granting it leave to file a reply as set forth herein and grant such other and further relief as it deems just and proper.

### LOCAL RULE 3.01(g) COMPLIANCE

Pursuant to Local Rule 3.01(g), counsel for DGCS and DPEP has conferred via email with counsel for the Plaintiff, and counsel for Plaintiff has objected to the relief sought.

/s/ *Mary Ruth Houston, Esq.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the <u>27th</u> day of June, 2023, I electronically filed the foregoing using the CM/ECF system, which will automatically send a notice of electronic filing to all counsel of record.

Respectfully submitted,

*/s/ Paul J. Scheck*
PAUL J. SCHECK, ESQ.
Florida Bar No.: 028487
Email address: *pscheck@shutts.com*
MARY RUTH HOUSTON, ESQ.
Florida Bar No.: 834440
Email address: *mhouston@shutts.com*
**SHUTTS & BOWEN LLP**
300 S. Orange Avenue, Suite 1600
Orlando, Florida  32801-5403
Telephone:  (407) 423-3200
Facsimile:    (407) 423-8316

*Attorneys for Defendants*

ORLDOCS 20664212 1